**Order entered January 26, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00940-CV

**FIVE STAR GLOBAL, LLC, ET AL., Appellants**

**V.**

**MARK HULME, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

### ORDER

Before the Court is appellees' January 22, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **February 16, 2021**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE